1  Andrew E. Smyth, Esq. (SBN 60030)
2  Stephen S. Smyth, Esq. (SBN 248433)
   Smyth Law Office
3  4929 Wilshire Boulevard, Suite 605
   Los Angeles, California 90010
4  Telephone: (323) 933-8401

5  Attorneys for Plaintiff/Debtors

6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 In re:                          CHAPTER 13
                                   BK.  LA09-18988EC
12 JULIO ROBERT CID                Adv. No.  AD09-02359EC

13        Debtor(s).              PROOF OF SERVICE re SUMMONS
14 JULIO ROBERT CID,              AND NOTICE OF STATUS
                                  CONFERENCE
15        Plaintiff,
                                  DATE:        January 27, 2010
16 v.                             TIME:        2:30 p.m.
                                  PLACE:       Courtroom 1639
17 BSI FINANCIAL SERVICES, INC.   255 East Temple Street
18                                Los Angeles, CA  90012
          Defendants.
19

20

21

22

23

24

25

26

27

28

                                1

| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar Number | FOR COURT USE ONLY |
|---|---|
| Andrew E. Smyth<br>Smyth Law Office<br>4929 Wilshire Blvd.<br>Suite 605<br>Los Angeles, California 90010<br>(323) 933-8401<br>Fax No. (323) 933-6089<br>Bar No. 60030<br>*Attorney for Plaintiff* Julio Robert Cid | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: Julio Robert Cid | CHAPTER 7 |
|---|---|
| | CASE NUMBER LA09-18988-EC |
| Debtor. | ADVERSARY NUMBER 09-02359-EC |
| JULIO ROBERT CID,<br><br>        vs.                    Plaintiff(s).<br><br>BSI FINANCIAL SERVICES, INC.,<br><br>                              Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____ 11/23/09 , the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: 11/27/09    Time: 2:30p    Courtroom: 1639    Floor: 16th |
|---|
| ☒ 255 East Temple Street, Los Angeles             ☐ 411 West Fourth Street, Santa Ana |
| ☐ 21041 Burbank Boulevard, Woodland Hills         ☐ 1415 State Street, Santa Barbara |
| ☐ 3420 Twelfth Street, Riverside |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: ____10/22/09____

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
    Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998 (COA-SA)*                                                    **F 7004-1**



FILED

OCT 2 2 2009

ENTERED

OCT 2 2 2009

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:                                          Case No.: 09-18988-EC

JULIO ROBERT CID                                Chapter 13

                    Debtor(s).

JULIO ROBERT CID                                Adversary No.: **09-02359-EC**

                    Plaintiff(s),               SCHEDULING ORDER

                         vs.

BSI FINANCIAL, INC.

                    Defendant(s),

   This adversary proceeding having been assigned to the undersigned judge,

   IT IS HEREBY ORDERED:

1. The following dates shall apply to this adversary proceeding:

   Status Conference:                       January 27, 2010   at  2:30 p.m.

   Discovery Cutoff (all discovery motions

   must be heard by this date):                  3/31/10

| | | |
|---|---|---|
| Date by which all other pretrial motions | | |
| must be heard: | 6/30/10 | |
| Pretrial Conference: | 7/28/10 | at 3:00 p.m. |
| Trial: | 8/9/10 | at 9:30 a.m. |

2. The above trial date is a stacking date. An actual trial date will be assigned during the pretrial conference. The actual trial date is likely to be within five court days of the stacking date and definitely will be within the same month as the stacking date.

3. This order applies to counsel for all parties and to individuals not represented by counsel.

4. Unless otherwise ordered, all applicable Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules shall apply to this adversary proceeding.

5. All parties shall review the Second Amended General Order No. 95-01 ("Adoption of Mediation Program for Bankruptcy Cases and Adversary Proceedings").

6. The plaintiff shall serve a copy of this scheduling order on all parties to the adversary proceeding along with the summons and complaint. Proof of service of the summons and complaint must indicate that copies of this scheduling order were served in accordance with this order.

7. The plaintiff must serve, along with the summons, complaint and this order, a notice that compliance with Rule 7026 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7026-1 is required. The plaintiff must file proof of service of the notice with the proof of service of the summons, complaint and this order.

8. All counsel and parties must comply with Local Bankruptcy Rule 7016-1 which requires filing a joint status report at least fourteen days (or a unilateral status report at least ten days) before the status conference. The status report shall be prepared on Local Form No. F 7016-1.1.

9. If the parties request dates for discovery cutoff, pretrial motion cutoff, pretrial conference, or trial other than those ordered herein, this request shall be made in the joint status report, together with a statement of the reasons for the requested dates.

10. The parties must include in their joint status report a statement, in compliance with Local Bankruptcy Rule 7026-1(b)(2), that they have met to discuss settlement and that they have exchanged documents, other evidence, lists of witnesses and preliminary discovery schedules.

11. If no response to the complaint is timely filed, the plaintiff may request entry of default by the Clerk of the Bankruptcy Court. See Local Bankruptcy Rule 7055-1(a). The plaintiff may also request entry of a default judgment by filing and serving an appropriate motion. See Rule 7055 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7055-1(b).

12. The court will not schedule more than one motion for summary judgment in any given week. If a party waits until just before the pretrial motion deadline date to schedule a hearing on a motion for summary judgment, it is likely the motion will not be set for hearing.

13. Pursuant to Local Bankruptcy Rule 7016-1(b)(1), a joint pretrial order in strict compliance with the provisions of Local Bankruptcy Rule 7016-1(b)(2) shall be lodged at least fourteen days before the date set for the pretrial conference.

14. Failure to comply with the provisions of this order may subject the responsible party to sanctions.

1  15. Failure to appear at a status conference or a pretrial conference may be considered an abandonment or

2  failure to prosecute or defend diligently, and the adversary proceeding may be dismissed or judgment may

3  be entered against the defaulting party.

4

5

6  DATED:   October 22, 2009

_____

7                                                    Ellen Carroll
                                          United States Bankruptcy Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  4/15/09

28

NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

2) The title of the judgment or order and all service information must be filled in by the party lodging the order.

3) Category I. below:  The United States trustee and case trustee (if any) will always be in this category.

4) Category II. below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled _SCHEDULING ORDER_ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Andrew E. Smyth
4929 Wilshire Blvd., Ste. 605
Los Angeles, CA  90010

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

JON  D. CERETTO, Clerk
U.S. Bankruptcy Court

By:
    SHARON SUMLIN
_____
Deputy Clerk

Summons and Notice of Status Conference - Page Two (2)                    **F 7004-1**

| In re Julio Robert Cid | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER LA09-18988-EC |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF  Los Angele

1.   I am employed in the County of  Los Angele _____ , State of California.  I am over the age of 18 and
not a party to the within action.  My business address is as follows:  4929 Wilshire Bl., Ste. 605, Los Angeles, CA 90010

/Scheduling Order/

2.  [x]  **Regular Mail Service:** On  October 23, 2009 _____ , I served the foregoing Summons and Notice
of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding,
on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope
with postage thereon fully prepaid in the United States Mail at  L.A. _____ , California, addressed
as set forth below.

3.  [ ]  **Personal Service:** On  _____ , personal service of the foregoing Summons and Notice
of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding,
was made on the Defendant(s) at the address(es) set forth below.

4.   Defendant(s) and address(es) upon which service was made:
see attached.

[x]  Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 2?, 2009

GLORIA MARSHALL
Type Name                                    Signature

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998 (COA-SA)*                                              **F 7004-1**

1

## SERVICE LIST

2

3

*In re Julio Robert Cid*
*Bk. No. LA09-18988EC*
*CHAPTER 13*

4

5

Debtors

6

Julio Robert Cid
622 Willow Avenue

7

La Puente, CA 91746

8

Attorney for Debtors

9

Andrew E. Smyth, Esq.
SMYTH LAW OFFICES

10

4929 Wilshire Bl., Ste. 605

11

Los Angeles, CA 90010

12

Chapter 13 Trustee
Kathy A. Dockery

13

700 S. Flower St., #1950

14

Los Angeles, CA 90017

15

Office of the U.S. Trustee
725 S. Figueroa St., 26th Floor

16

Los Angeles, CA 90017

17

Aurora Loan Services

18

2617 College Park
P.O. Box 1706

19

Scottsbluff, NE 69363-1706

20

Aurora Loan Services

21

10350 Park Meadows Dr.
Littleton, CO 80124

22

23

Agent for Service of Process for Aurora Loan Services
CSC

24

2730 Gateway Oaks Dr., Suite 100

25

Sacramento, CA 95833

26

BSI Financial Services, Inc.

27

314 S. Franklin Street
P. O. Box 517

28

Titusville, PA 16354-0517

7
COMPLAINT TO DETERMINE VALUE OF REAL PROPERTY, DETERMINE THE EXTENT OF
SECURED CLAIMS AND TO EXTINGUISH THE LIEN OF AURORA LOAN SERVICES

1    Agent for Service of Process for BSI
     CT Corporation System
2    818 W. Seventh St.
3    Los Angeles, CA  90017

4

5

6

7

8

9

10

11

12

13

14                                    ;

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8
COMPLAINT TO DETERMINE VALUE OF REAL PROPERTY, DETERMINE THE EXTENT OF
SECURED CLAIMS AND TO EXTINGUISH THE LIEN OF AURORA LOAN SERVICES